| | |
|---|---|
| Christopher L. Lebsock (CA No. 184546)<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>(415) 633-1908<br>  clebsock@hausfeld.com<br><br>James J. Pizzirusso* (D.C. Bar No. 477604)<br>Amanda V. Boltax* (D.C. Bar No. 90013893)<br>Ian E. Engdahl* (D.C. Bar No. 1613748)<br>**HAUSFELD LLP**<br>888 16th Street N.W., Suite 300<br>Washington, DC 20006<br>(202) 540-7200<br>  jpizzirusso@hausfeld.com<br>  mboltax@hausfeld.com<br>  iengdahl@hausfeld.com<br><br>Steven M. Nathan (CA No. 153250)<br>**HAUSFELD LLP**<br>33 Whitehall Street<br>Fourteenth Floor<br>New York, NY 10004<br>(646) 357-1100<br>  snathan@hausfeld.com<br><br>*Attorneys for Plaintiff*<br>* *pro hac vice forthcoming* | Joseph J. DePalma* (N.J. No. 2151982)<br>Catherine B. Derenze* (N.J. No. 275852018)<br>Collin J. Schaffhauser* (N.J. No. 433052023)<br>**LITE DEPALMA GREENBERG**<br>**& AFANADOR, LLC**<br>570 Broad St., Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>  jdepalma@litedepalma.com<br>  cderenze@litedepalma.com<br>  cschaffhauser@litedepalma.com<br><br>Mindee J. Reuben* (N.J. No. 75308)<br>**LITE DEPALMA GREENBERG**<br>**& AFANADOR, LLC**<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>(215) 854-4060<br>  mreuben@litedepalma.com |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAMERON KING, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiff,*<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>    *Defendants*. | Case No. 5:25-cv-00581-NC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Cameron King, by and through his undersigned counsel of record, hereby submits the following disclosure statement per Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 21, 2025

/s/ Christopher L. Lebsock
Christopher L. Lebsock (CA No. 184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
(415) 633-1908
clebsock@hausfeld.com

James J. Pizzirusso* (D.C. Bar No. 477604)
Amanda V. Boltax* (D.C. Bar No. 90013893)
Ian E. Engdahl* (D.C. Bar No. 1613748)
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
(202) 540-7200
jpizzirusso@hausfeld.com
mboltax@hausfeld.com
iengdahl@hausfeld.com

Steven M. Nathan (CA No. 153250)
**HAUSFELD LLP**
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com

Joseph J. DePalma* (N.J. No. 2151982)
Catherine B. Derenze* (N.J. No. 275852018)
Collin J. Schaffhauser* (N.J. No. 433052023)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad St., Suite 1201
Newark, NJ 07102
(973) 623-3000
jdepalma@litedepalma.com
cderenze@litedepalma.com
cschaffhauser@litedepalma.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mindee J. Reuben* (N.J. No. 75308)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 854-4060
mreuben@litedepalma.com

*Attorneys for Plaintiff*

* *pro hac vice forthcoming*