UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMERON KING, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PAYPAL HOLDINGS, INC. and PAYPAL, INC.,

Defendant(s).

Case No. 5:25-cv-00581

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Amanda V. Boltax, an active member in good standing of the bar of District of Oregon, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Cameron King in the above-entitled action. My local co-counsel in this case is Christopher Lebsock, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA 184546.

| | |
|---|---|
| Hausfeld LLP<br>888 16th Street N.W., Suite 300<br>Washington, DC 20006<br>MY ADDRESS OF RECORD | Hausfeld LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 540-7200<br>MY TELEPHONE # OF RECORD | (415) 633-1908<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mboltax@hausfeld.com<br>MY EMAIL ADDRESS OF RECORD | clebsock@hausfeld.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Oregon 225646.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 01/23/2025                    /s/ Amanda V. Boltax
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Amanda V. Boltax  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                    2

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Melissa Aubin, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Amanda V. Boltax*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on May 22, 2024.

MELISSA AUBIN
Clerk of Court

By: _____
Diana Norris
Attorney Admissions Clerk