| | | |
|---|---|---|
| 1 | Christopher L. Lebsock (CA No. 184546)<br>**HAUSFELD LLP** | Joseph J. DePalma* (N.J. No. 2151982)<br>Catherine B. Derenze* (N.J. No. 275852018) |
| 2 | 600 Montgomery Street, Suite 3200 | Collin J. Schaffhauser* (N.J. No. 433052023) |
| 3 | San Francisco, CA 94111<br>(415) 633-1908 | **LITE DEPALMA GREENBERG<br>& AFANADOR, LLC** |
| 4 |   clebsock@hausfeld.com | 570 Broad St., Suite 1201<br>Newark, NJ 07102 |
| 5 | James J. Pizzirusso* (D.C. Bar No. 477604) | (973) 623-3000 |
| 6 | Amanda V. Boltax (*pro hac vice*)<br>Ian E. Engdahl* (D.C. Bar No. 1613748) |   jdepalma@litedepalma.com<br>  cderenze@litedepalma.com |
| 7 | **HAUSFELD LLP**<br>888 16th Street N.W., Suite 300 |   cschaffhauser@litedepalma.com |
| 8 | Washington, DC 20006<br>(202) 540-7200 | Mindee J. Reuben* (N.J. No. 75308) |
| 9 |   jpizzirusso@hausfeld.com | **LITE DEPALMA GREENBERG<br>& AFANADOR, LLC** |
| 10 |   mboltax@hausfeld.com<br>  iengdahl@hausfeld.com | 1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 |
| 11 | Steven M. Nathan (CA No. 153250) | (215) 854-4060<br>  mreuben@litedepalma.com |
| 12 | **HAUSFELD LLP** | |
| 13 | 33 Whitehall Street<br>Fourteenth Floor | |
| 14 | New York, NY 10004<br>(646) 357-1100 | |
| 15 |   snathan@hausfeld.com | |
| 16 | ***Attorneys for Plaintiff***<br>* *pro hac vice forthcoming* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAMERON KING, *individually and on behalf of all others similarly situated*,<br><br>            *Plaintiff*,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>            *Defendants*. | Case No. 5:25-cv-00581-BLF<br><br>**PLAINTIFF, CAMERON KING'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES**<br><br>Date: May 8, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 3 – 5th Floor<br><br>Hon. Beth Labson Freeman |

On January 22, 2025, the plaintiffs in *Silva v. PayPal*, No. 5:24-cv-09510-BLF (N.D. Cal.), *GamersNexus LLC v. PayPal Holdings, Inc., et al.*, No. 5:25-cv-00114-BLF (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124-BLF (N.D. Cal.), *Coleman v. PayPal Inc., et al.*, No. 5:25-cv-00367-BLF (N.D. Cal.), *Moran v. PayPal, Inc., et al.*, No. 5:25-cv-00476-BLF (N.D. Cal.), *Lyon Fitness v. PayPal, Inc., et al.*, No. 5:25-cv-00501-BLF (N.D. Cal.), Oganesyan, et al. v. PayPal, Inc., et al., No. 4:25-cv-00518-BLF (N.D. Cal.), *Brevard Marketing v. PayPal,et al., Inc.*, No. 5:25-cv-00573-BLF (N.D. Cal.), and W*endover Productions, LLC, et al. v. PayPal Inc.*, No. 5:24-cv-09470-BLF (N.D. Cal.) filed an unopposed Joint Motion for Consolidation of Actions and to Set Process for Appointment of Interim Class Counsel ("Joint Motion"), ECF No. 38.

Plaintiff King files this response in support of the Joint Motion, and respectfully requests that the Court grant the Joint Motion and enter an order: (1) consolidating the Related Actions, and any future related actions filed in, removed to, or transferred to this Court, pursuant to Fed. R. Civ. P. 42(a) under the docket of the first-filed *Wendover* action, and recaption the action *In re PayPal Honey Browser Extension Litigation* and (2) setting a schedule for counsel to file motions to appoint interim class counsel. Plaintiff King agrees that consolidation and appointment of interim class counsel is appropriate.

| | |
|---|---|
| Dated: January 24, 2025 | Respectfully submitted,<br><br>*/s/ Amanda V. Boltax*<br>Amanda V. Boltax (*pro hac vice*)<br>James J. Pizzirusso* (D.C. Bar No. 477604)<br>Ian E. Engdahl* (D.C. Bar No. 1613748)<br>**HAUSFELD LLP**<br>888 16th Street N.W., Suite 300<br>Washington, DC 20006<br>(202) 540-7200<br>jpizzirusso@hausfeld.com<br>mboltax@hausfeld.com<br>iengdahl@hausfeld.com<br><br>Christopher L. Lebsock (CA No. 184546)<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>(415) 633-1908<br>clebsock@hausfeld.com |

Steven M. Nathan (CA No. 153250)
**HAUSFELD LLP**
33 Whitehall Street
Fourteenth Floor
New York, NY 10004
(646) 357-1100
snathan@hausfeld.com

Joseph J. DePalma* (N.J. No. 2151982)
Catherine B. Derenze* (N.J. No. 275852018)
Collin J. Schaffhauser* (N.J. No. 433052023)
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
570 Broad St., Suite 1201
Newark, NJ 07102
(973) 623-3000
jdepalma@litedepalma.com
cderenze@litedepalma.com
cschaffhauser@litedepalma.com

Mindee J. Reuben* (N.J. No. 75308)
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 854-4060
mreuben@litedepalma.com

***Attorneys for Plaintiff***

*\* pro hac vice forthcoming*

## ATTESTATION OF FILER

I, Amanda V. Boltax, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

                                            *Amanda V. Boltax*
                                            Amanda V. Boltax (*pro hac vice*)